UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:14-CR-254H4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | **ORDER** |
| ) | |
| TORAINO CARDEL SPENCER ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's motion to seal. For good cause shown and in compliance with Local Criminal Rule 32.2(j), the Defendant's motion is GRANTED.

It is hereby ORDERED that the attached motion, order, sentencing memorandum and exhibits thereto shall be filed under seal.

This the 4th day of June 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE